IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SANDRA HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00632 |
| | ) | |
| UNUMPROVIDENT CORPORATION, | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, PROVIDENT LIFE & | ) | |
| ACCIDENT INS. CO., and PROVIDENT | ) | |
| LIFE & CASUALTY INS. CO., | ) | |
| | ) | |
| Defendants. | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: January 10, 2006